IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| **IN RE:** | Quinlan, Guy A | Case Number: 07 B 01094 |
|---|---|---|
| | Smith, Lisa M | Judge: Hollis, Pamela S |
| | Printed: 1/8/08 | Filed: 1/23/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed: November 26, 2007
Confirmed: April 30, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,700.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,608.20 |
| Trustee Fee: | | 91.80 |
| Other Funds: | | 0.00 |
| Totals: | 1,700.00 | 1,700.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David M Siegel | Administrative | 2,624.00 | 1,608.20 |
| 2. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 3,000.00 | 0.00 |
| 4. | HSBC Mortgage Services | Secured | 16,655.33 | 0.00 |
| 5. | Illinois Dept Of Healthcare And Family | Priority | 30,461.26 | 0.00 |
| 6. | Illinois Dept of Revenue | Priority | 616.66 | 0.00 |
| 7. | Midland Credit Management | Unsecured | 19.78 | 0.00 |
| 8. | Educational Credit Management Corp | Unsecured | 220.16 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 24.18 | 0.00 |
| 10. | Illiana Financial Credit Union | Unsecured | 768.66 | 0.00 |
| 11. | Village Of Posen | Unsecured | 33.21 | 0.00 |
| 12. | Illinois Dept of Revenue | Unsecured | 8.83 | 0.00 |
| 13. | Child Support Division | Priority | | No Claim Filed |
| 14. | American On Line | Unsecured | | No Claim Filed |
| 15. | American General Finance | Unsecured | | No Claim Filed |
| 16. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 17. | ACC LLC | Unsecured | | No Claim Filed |
| 18. | Comcast | Unsecured | | No Claim Filed |
| 19. | Citibank | Unsecured | | No Claim Filed |
| 20. | City of Joliet | Unsecured | | No Claim Filed |
| 21. | Cingular Wireless | Unsecured | | No Claim Filed |
| 22. | Direct Tv | Unsecured | | No Claim Filed |
| 23. | Kmart Corp | Unsecured | | No Claim Filed |
| 24. | Fingerhut | Unsecured | | No Claim Filed |
| 25. | Commonwealth Edison | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Quinlan, Guy A
Smith, Lisa M
Printed:  1/8/08

Case Number:  07 B 01094
Judge:  Hollis, Pamela S
Filed:  1/23/07

| | | | |
|---|---|---|---|
| 26. US Cellular | Unsecured | | No Claim Filed |
| 27. Vital Recovery Services | Unsecured | | No Claim Filed |

_____          _____
$ 54,432.07          $ 1,608.20

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 91.80 |

_____
$ 91.80

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____